**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RYAN RADABAUGH,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-845**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**BILL CLINTON, *et al.*,**

**Defendants.**

## REPORT AND RECOMMENDATION

Plaintiff commenced this action on July 15, 2026, without either paying the necessary filing fee or filing a motion for leave to proceed *in forma pauperis*. (ECF No. 1.) Plaintiff was ordered to either pay the filing fee or move for leave to proceed *in forma pauperis* by August 17, 2026. (ECF No. 3.) On August 4, 2026, Plaintiff contacted the clerk's office by telephone, stating that he is currently in the hospital as a result of being shot by police officers, that the hospital will not allow him to write a check or money order, and that his credit card has been taken away. He said he does not know how he can pay the filing fee if the hospital has taken away his privileges.

Given Plaintiff's circumstances, it appears he is unable to prosecute his case at this time. It is therefore **RECOMMENDED** that (1) this case be **DISMISSED WITHOUT PREJUDICE** to re-filing when Plaintiff is in a position to prosecute his claims, and (2) that Plaintiff be **ORDERED** to identify 2:26-cv-845 as a related case if he re-files this action.

**PROCEDURE ON OBJECTIONS**

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE