**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Ryan Radabaugh,**

**Plaintiff,**

**v.**

**Bill Clinton, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-845**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

**ORDER**

Ryan Radabaugh ("Plaintiff"), appearing *pro se*, filed a Complaint but neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. Notice of Deficiency, ECF No. 2. The Magistrate Judge ordered him to do one of those things by August 17, 2026, Order, ECF No. 3, but he did not. Instead, Plaintiff called the Clerk's Office and informed an employee that he was physically unable to pay the filing fee because he had been hospitalized. *See* August 4, 2026, staff note. As a result, the Magistrate Judge recommends dismissing Plaintiff's Complaint without prejudice until he is capable of paying the filing fee or moving for leave to proceed *in forma pauperis*. R&R, ECF No. 4.

The Magistrate Judge notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so, *id.* at 2, but Plaintiff did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation without conducting a *de novo* review of the same and **DISMISSES WITHOUT**

**PREJUDICE** Plaintiff's case. If Plaintiff refiles this action, he is **DIRECTED** to list on the civil cover sheet that the new case is related to Case No. 2:26-cv-845.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**